Northern District Of Ohio
Frank T. Bow Federal Building
201 Cleveland Ave SW
Canton, OH 44702

**In re:**
    Kenneth Douglas Adkins
    Cheryl Ann Adkins

    fka Kenneth Bullard−
    fka Cheryl Norris−

**Address:**
    1526 19th Street NW
    Canton, OH 44709

**Last four digits of Social Security No.:**
    xxx−xx−4157
    xxx−xx−6100

**Case No.:** 09−61550−rk

**Chapter:** 7

### DISCHARGE OF DEBTOR
### IN A CHAPTER 7 CASE

It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

**Dated:** August 4, 2009
Form ohnb234

/s/ Russ Kendig
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION**

# EXPLANATION OF BANKRUPTCY DISCHARGE IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharge Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. (In a case involving community property:) There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminated a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (applies to cases filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (applies to cases filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

```
District/off: 0647-6           User: mmccr              Page 1 of 2                Date Rcvd: Aug 04, 2009
Case: 09-61550                 Form ID: 234a            Total Noticed: 106


The following entities were noticed by first class mail on Aug 06, 2009.
db/db        +Kenneth Douglas Adkins,    Cheryl Ann Adkins,    1526 19th Street NW,    Canton, OH 44709-3504
tr           +Anthony J. DeGirolamo, Trustee - Canton,    Canton,    Courtyard Centre, Suite 307,
               116 Cleveland Ave., N.W.,    Canton, OH 44702-1744
18354499     +ACS/ Dept of Education,    501 Bleecker St,    Utica, NY 13501-2401
18354502     +AIS,   50 California St,    San Francisco, CA 94111-4627
18354497     +Aaron Rents,    2102 W State Street,    Alliance, OH 44601-3527
18354498     +Abulatory Care Clinic,    c/o Rossman & Co,    3592 Corporate Dr Ste 10,    Columbus, OH 43231-4978
18354503      Akron Radiology,    PO Box 75558,    Cleveland, OH 44101-4755
18354504     +Allgate Financial,    707 Skokie Blvd Ste 375,    Northbrook, IL 60062-2882
18495986     +American Electric Power,    PO Box 24000,    Canton, OH 44701-4000
18354506      Aqua Ohio INC,    PO Box 269,    Struthers, OH 44471-0269
18354507     +Arnold Glantz,    4883 Dressler Rd NW,    Canton, OH 44718-3635
18354511     +Atlantic Financial,    4025 S Erie ST,    Massillon, OH 44646-9473
18495987     +Auto Specialities,    2115 Cleveland Ave. NW,    Canton, OH 44709-3606
18354512     +Autovest,    7450 Huntington Park Drive,    Columbus, OH 43235-5617
18354513      Bally Total Fitness,    PO Box 1070,    Norwalk, CA 90651-1070
18354514     +Barbara Miciul,    565 Brightmore Downs,    Alpharetta, GA 30005-6705
18354515     +Bay Area Credit Service,    PO Box 467600,    Atlanta, GA 31146-7600
18354516     +Bluegreen Corp,    4960 Blue Lake Dr,    Boca Raton, FL 33431-4453
18354519    ++++CBE GROUP,    131 TOWER PARK DR STE 100,    WATERLOO IA 50701-9588,    Waterloo, IA 50702
               (address filed with court: CBE Group,     131 Towe Park Dr,    Suite 1,    Waterloo, IA 50702)
18354517      Canton Aultman Emergency Physician,    PO Box 76659,    Cleveland, OH 44101-6500
18354520     +Charles Schuster,    1523 Baycrest Dr NW,    Canton, OH 44708-3083
18354521     +Citi/Student Loan Resource Center,    99 Garnsey Rd,    Pittsford, NY 14534-4565
18354522     +Collection Company Of America,    700 Longwater Dr,    Norwell, MA 02061-1796
18354523      Columbia House,    PO Box 91640,    Indianapolis, IN 46291-0640
18354524      Credit Bureau of Stark County,    6973 Promway AVE NW,    Canton, OH 44720-7321
18354525     +Credit Solutions Corporation,    9573 Chesapeake Dr,    Suite 1,    San Diego, CA 92123-1304
18354531     +DRS Zaidi Maholtra,    2600 Tuscarawas St W #120,    Canton, OH 44708-4696
18354526      Dale & Paula Batty,    31 Deerhaven Dr SW,    Carrollton, OH 44615
18354527      Debt Credit Services,    2493 Romig Rd,    Akron, OH 44320-4109
18354528      Dollar Financial Group,    1355 S 4700 W,    Suite 200,    Salt Lake City, UT 84104-4434
18354529      Dominion East Ohio,    PO Box 26785,    Richmond, VA 23261-6785
18354530     +Dr Shah,   c/o c/o Debt Credit Services,    2493 Romig Rd,    Akron, OH 44320-4109
18354532      Emergency Medical Transport,    2511 Waynesburg Dr. SE,    Canton, OH 44707-2063
18354533      Escallate LLC,    PO Box 714017,    Columbus, OH 43271-4017
18354535     +Federal Home Loan,    c/o Washington Mutual,    11200 West Parkland Ave,    Milwaukee, WI 53224-3127
18354536     +First American Cash Advance,    2820 W Tuscarawas ST,    Canton, OH 44708-4641
18354537     +First Bank of Delaware,    PO Box 11743,    Wilmington, DE 19850-1743
18354538     +Flower factory,    PO BOX 981439,    El Paso, TX 79998-1439
18354539     +Fordyce Associates Inc. 5101,    c/o Credit Bureau of Stark COU,    6973 Promway Ave. NW,
               Canton, OH 44720-7321
18354541     +GLELSI/Citibank,    PO Box 7860,    Madison, WI 53707-7860
18354543     +GMS Management,    4645 Richmond Rd,    Cleveland, OH 44128-5917
18354542     +Global E Telecom,    c/o Security Check,    2612 Jackson Ave W,    Oxford, MS 38655-5405
18354544     +Green Animal Medical Center,    1620 Corporate Woods Circle,    Uniontown, OH 44685-7819
18495989     +Health Partners Family Practice,    Kelly M. Harbert, DO,    4256 Fulton Drive NW,    STE A,
               Canton, OH 44718-2879
18354545      IC System INC,    PO Box 64378,    Saint Paul, MN 55164-0378
18354546      IC Systems INC,    444 Highway 96 E,    PO Box 64437,    Saint Paul, MN 55164-0437
18354549     +JJ Marshall & Assoc,    6060 Collection Dr,    Shelby Township, MI 48316-4946
18354547     +Jefferson Capital System,    16 McLeland Rd,    Saint Cloud, MN 56303-4725
18354548     +Jerome Holub,    159 S Main St Suite 912,    Akron, OH 44308-1323
18354550     +John Simpson,    46 Federal Ave NW,    Massillon, OH 44647-5401
18354551     +John Soliday Financial Group,    c/o Cheek Law Office,    471 East Broad Street,    12th Floor,
               Columbus, OH 43215-3806
18354552     +Kesha Evans,    PO Box 340,    Brice, OH 43109-0340
18495991     +Laboratory Corporation of America H,    PO Box 2240,    Burlington, NC 27216-2240
18354553     +Melissa Michalsky,    50 West Broad Street,    Columbus, OH 43215-3301
18354554     +Mellet Animal Hospital,    4636 W Tuscarawas St.,    Canton, OH 44708-5339
18354555      Mercy,    Sakal Services,    PO Box 508,    Defiance, OH 43512-0508
18354556     +Mercy Medical Center,    1320 Mercy Drive NW,    Canton, OH 44708-2641
18354557     +Metabank,    PO Box 3038,    Evansville, IN 47730-3038
18354559     +Motorist Mutual Insurance,    471 East Broad St,    Columbus, OH 43215-3805
18354561      NCO  Financial Systems,    PO Box 15894,    Wilmington, DE 19850-5894
18354560      National City Bank,    PO Box 856153,    Louisville, KY 40285-6153
18495994     +Northstar Capital,    204 East Market St,    c/o Morgan and Pottinger PSC,
               Louisville, KY 40202-1218
18354562      Ohio Bureau of Motor Vehicles,    Attn : Re Fees,    PO bOx 16520,    Columbus, OH 43216-6520
18495995     +Omni Orthopaedics,    PO Box 36959,    Canton, OH 44735-6959
18354563     +Palisades Collection,    210 Sylvan Avenue,    Englewood Cliffs, NJ 07632-2524
18495996     +Perry Storage,    916 Genoa Ave.,    Massillon, OH 44646-9424
18354564     +Pizza Oven #3,    c/o Security Check,    2612 Jackson Ave W,    Oxford, MS 38655-5405
18354565     +Pizza Oven #5,    c/o Security Check,    2612 Jackson Ave W,    Oxford, MS 38655-5405
18354566     +Plains Commerce Bank,    5109 S Broadbank Ln,    Sioux Falls, SD 57108-2208
18354567     +Premier Bankcard,    c/o Arrow Financial,    21031 Network Place,    Chicago, IL 60678-0001
18354568     +Quick Payday,    c/o Unistates CA,    2809 Wehrle Dr Ste 1,    Buffalo, NY 14221-7385
18354569      Radiology Assoc of Canton,    PO Box 26035,    Akron, OH 44319-6035
18354570     +Rent a Center,    2401 Tuscarawas,    Canton, OH 44708-4727
18354571     +Rolling Hills,    721 27th St NW,    Massillon, OH 44647-5199
18354572     +Rossman &Co,    3592 Corporate Dr Ste 10,    Columbus, OH 43231-4978
18354573      Sallie Mae,    1002 Arthur DR,    Lynn Haven, FL 32444-1683
18354574     +Security Check LLC,    2612 Jackson Ave. W,    Oxford, MS 38655-5405
```

```
District/off: 0647-6           User: mmccr           Page 2 of 2           Date Rcvd: Aug 04, 2009
Case: 09-61550                 Form ID: 234a         Total Noticed: 106
```

```
18354575     +Security Credit Services,   2623 W Oxford Loop,   Oxford, MS 38655-5442
18354576     +Shapiro Felty LLP,   1500 W Third ST,   Suite 400,   Cleveland, OH 44113-1438
18354577     +Stark County Library,   715 Market Ave N,   Canton, OH 44702-1080
18354578     +Stuart Graines,   4645 Richmond Rd,   Cleveland, OH 44128-5917
18354579      Time Warner Cable,   PO Box 0901,   Carol Stream, IL 60132-0901
18354580     +Total Card,   c/o Zenith Aquisitions,   220 John Glenn Dr #1,   Buffalo, NY 14228-2228
18354581     +Tribute Master Card,   PO Box 136,   Newark, NJ 07101-0136
18354582     +Uhlinger, George, & Keis,   55 Public Square #800,   Cleveland, OH 44113-1909
18354583     +Unique National Collections,   119 E Maple ST,   Jeffersonville, IN 47130-3439
18354584     +Unistates CA,   2809 Wehrle Dr Ste 1,   Buffalo, NY 14221-7385
18495999     +VCA Green Animal Hospital,   c/o I.C. System, Inc.,   444 Highway 96 East,   PO Box 64437,
               Saint Paul, MN 55164-0437
18354585      Verizon,   PO Box 9200041,   Dallas, TX 75392-0041
18354587     +Wells Fargo Home Mortgage,   PO Box 5296,   Carol Stream, IL 60197-5296
18354588     +Western International University,   4615 E Elwood St Fl 3,   Phoenix, AZ 85040-1958
18354589     +Zenith Acquisition,   220 John Glenn Dr. #1,   Buffalo, NY 14228-2228
18496000     +Zenith Acquisition Corporation,   170 Northpointe PA,   Suite 300,   Buffalo, NY 14228-1884
The following entities were noticed by electronic transmission on Aug 04, 2009.
tr           +EDI: FAJDEGIROLAMO.COM Aug 04 2009 18:23:00     Anthony J. DeGirolamo, Trustee - Canton,   Canton,
               Courtyard Centre, Suite 307,   116 Cleveland Ave., N.W.,   Canton, OH 44702-1744
18354501      EDI: AFNIRECOVERY.COM Aug 04 2009 18:23:00     AFNI,   PO Box 3427,   Bloomington, IL 61702-3427
18354510      EDI: CINGMIDLAND.COM Aug 04 2009 18:23:00     AT & T,   PO Box 8212,   Aurora, IL 60572-8212
18354500     +Fax: 864-336-7400 Aug 04 2009 21:47:02     Advance America,   2454 Lincoln Way East,
               Massillon, OH 44646-5085
18354505      EDI: ALLTEL.COM Aug 04 2009 18:23:00     Alltel,   PO Box 9001902,   Louisville, KY 40290-1902
18495985     +EDI: ALLTEL.COM Aug 04 2009 18:23:00     Alltel,   PO Box 530533,   Atlanta, GA 30353-0533
18354508     +EDI: ARROW.COM Aug 04 2009 18:23:00     Arrow Financial Services LLC,   21031 Network Place,
               Chicago, IL 60678-0001
18354509      EDI: ACCE.COM Aug 04 2009 18:23:00     Asset Acceptance LLC,   PO Box 2036,
               Warren, MI 48090-2036
18354518      EDI: CAPITALONE.COM Aug 04 2009 18:23:00     Capital One,   PO Box 30281,
               Salt Lake City, UT 84130-0281
18354533      EDI: ESCALLATE.COM Aug 04 2009 18:23:00     Escallate LLC,   PO Box 714017,
               Columbus, OH 43271-4017
18354534      EDI: TSYS2.COM Aug 04 2009 18:23:00     Fashion Bug,   PO Box 84073,   Columbus, GA 31908-4073
18354540     +EDI: RMSC.COM Aug 04 2009 18:23:00     GEMB/CARE CREDIT,   PO BOX 981439,
               El Paso, TX 79998-1439
18495992     +E-mail/Text: BANKRUPTCY@MASSILLONCABLETV.COM                           Massillon Cable TV Inc.,
               814 Cable CT NW,   Massillon, OH 44647-4284
18354558     +EDI: MID8.COM Aug 04 2009 18:23:00     Midland Credit Management,   8875 Aero Dr Suite 200,
               San Diego, CA 92123-2255
18354586     +EDI: AFNIVZWIRE.COM Aug 04 2009 18:23:00     Verizon Wireless,   PO Box 790406,
               Saint Louis, MO 63179-0406
                                                                                              TOTAL: 15

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18495988*    +First American Cash Advance,   2820 W Tuscarawas Street,   Canton, OH 44708-4641
18495990*    +Jefferson Capital System,   16 McLeland Rd,   Saint Cloud, MN 56303-4725
18495993*    +Mercy Medical Center,   1320 Mercy Drive NW,   Canton, OH 44708-2641
18495997*    +Rossman &Co,   3592 Corporate Dr Ste 10,   Columbus, OH 43231-4978
18495998*    +Tribute Master Card,   PO Box 136,   Newark, NJ 07101-0136
                                                                                          TOTALS: 0, * 5

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 06, 2009**                    **Signature:** *Joseph Speetjens* (signature)