Northern District Of Ohio
Frank T. Bow Federal Building
201 Cleveland Ave SW
Canton, OH 44702
**Case No. 09−61550−rk**

**In re:**

| | |
|---|---|
| Kenneth Douglas Adkins | Cheryl Ann Adkins |
| **Aka** −Kenneth Bullard | **Aka** −Cheryl Norris |
| 1526 19th Street NW | 1526 19th Street NW |
| Canton, OH 44709 | Canton, OH 44709 |

**Social Security No.:**
   xxx−xx−4157                                          xxx−xx−6100

# FINAL DECREE

The Court, in reliance upon the certification of the case trustee, finds that the estate of the debtor(s) has been fully administered.

☐ The deposit required by the Plan has been distributed.

**It is therefore Ordered that:**

☑ Anthony J. DeGirolamo, Trustee − Canton is discharged as Trustee of the estate of the debtor and any bond required by 11 U.S.C. § 322 is cancelled.

☑ The Chapter 7 case of the debtor(s) is closed; and

☐ Other provisions as needed.

**Dated:** August 17, 2009                         /s/ Russ Kendig
Form ohnb136                                        United States Bankruptcy Judge